PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

FILED
CLERK, U.S. DISTRICT COURT
9/10/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: KMA DEPUTY

| DOCKET NUMBER *(Tran. Court)* | DOCKET NUMBER *(Rec. Court)* |
| --- | --- |
| 2:21CR00176 | 2:26-cr-00590-FLA |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| Brandon Christopher Kang<br>Lakewood, CA | Nevada | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE: Jennifer A. Dorsey | |
| | DATES OF PROBATION/ SUPERVISED RELEASE — FROM: 4/8/2026 | TO: 4/7/2029 |

OFFENSE
Conspiracy to Commit Wire Fraud; Aggravated Identity Theft

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Prosocial Ties; Violation of Supervision

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____________ DISTRICT OF Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

9/8/2026
*Date*

[signature]
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Central DISTRICT OF California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

September 10, 2026
*Effective Date*

Dolly M. Gee
*Chief United States District Judge*